```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FERNANDO FABIAN ROBLES, et al.        :
                                      :
                        Plaintiffs,   :        No. 17-CV-103  (OTW)
                                      :
            -against-                 :        ORDER OF DISMISSAL
                                      :
DANIEL'S BAGEL CORP., et al.,         :
                                      :
                        Defendants.   :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Based on the settlement agreement reached by the parties and transcribed by the court reporter on July 18, 2018, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs provided, however, that the Court retains jurisdiction pursuant to the terms of the settlement agreement. Any pending motions are to be terminated as moot and all conferences are cancelled. For the reasons stated on the transcript, the Court finds the settlement to be fair and reasonable to Plaintiffs under the decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2nd Cir. 2015). Plaintiffs are directed to mail a copy of this Order and the transcript of the July 18, 2018 conference to Defendants.

The Clerk is directed to close the docket in this matter.

**SO ORDERED.**

Dated: New York, New York
August 22, 2018

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge